```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
DAVID B. PUSHKIN,                         :
                                          :
                         Plaintiff,       :    10 Civ. 9212 (KBF)
                                          :
              -v-                         :         ORDER
                                          :
BETH R. NUSSBAUM, et al.,                 :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X
```

USDC SDNY / ELECTRONICALLY FILED / DOC #: / DATE FILED: 11.22.11

KATHERINE B. FORREST, District Judge:

On November 4, 2011, the Honorable Debra Freeman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the denial of Plaintiff David Pushkin's motion for a default judgment against defendants GEICO, Lisa Ardron, Gina Fuge, Dominic Spaventa, Paul Feldmann, and Premier Prizm Solutions, LLC.

On November 16, 2011, Plaintiff filed objections to the Report. Defendants submitted a letter on November 18, 2011, requesting that the Court affirm the Report and Recommendation. The Court reviewed the Report and Recommendation and Plaintiff's objections thereto. Having done so, the Court finds itself in complete agreement with the well-reasoned Report.

Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, denies Plaintiff's motion for a default judgment against defendants GEICO, Lisa

Ardron, Gina Fuge, Dominic Spaventa, Paul Feldmann, and Premier Prizm Solutions, LLC.

The Clerk of the Court is directed to close document number 149 on the docket of the case.

SO ORDERED:

Dated:   New York, New York
         November 22, 2011

                              _____
                                 KATHERINE B. FORREST
                              United States District Judge